FILED

2013 May-10  PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **DONNA FRANKLIN, Individually and as Personal Representative of the Estate of Ray Franklin, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.: 1:13-cv-00888-RBP** |
| **v.** | ) ) | |
| **CATERPILLAR INC., et al.,** | ) ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CATERPILLAR INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Caterpillar Inc. ("Caterpillar"), certifies that Caterpillar has no parent corporation and that no publicly-held corporation or other publicly-held entity owns more than ten percent of Caterpillar's stock.


/s/ William L. Waudby
Attorney for Defendant,
Caterpillar Inc.

Of Counsel:

William L. Waudby
D. E. "Brad" Buck, III
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile:  (205) 322-8007
bwaudby@bakerdonelson.com
bbuck@bakerdonelson.com

**<u>Certificate of Service</u>**

I hereby certify that on May 10, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will provide notification to all counsel of record.

/s/ William L. Waudby
Of Counsel