# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DONNA FRANKLIN, Individually and as Personal Representative of the Estate of Ray Franklin, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 1:13-888-RBP |
| CATERPILLAR INC., et al., | ) ) ) |
| Defendants. | ) |

## HONEYWELL INTERNATIONAL INC.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Honeywell International Inc., individually and as successor to Bendix and Allied Signal (herein collectively referred to as "Honeywell" or "Bendix"), moves this Court for an order granting summary judgment in its favor and against Plaintiff Donna Franklin, individually and as Personal Representative of the Estate of Ray Franklin, deceased, on all claims alleged in her Complaint and Amended Complaint.

There is no genuine dispute as to any material fact, and Honeywell is entitled to judgment as a matter of law. In support of this motion, Honeywell relies upon its Brief in Support of Summary Judgment and Evidentiary Submission filed contemporaneously herewith.

1

Respectfully submitted this 10th day of July, 2014.

/s/ Stewart W. McCloud
Stewart W. McCloud (MCC159)
Frank E. Lankford, Jr. (LAN037)
Attorneys for Defendant,
Honeywell International Inc.

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 10th day of July 2014.

/s/ Stewart W. McCloud