## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DONNA FRANKLIN, etc.,** )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>**CATERPILLAR INC., et al.,** )<br>)<br>    **Defendants.** ) | Case No.  1:13-cv-00888-RBP |

### CATERPILLAR'S MOTION FOR SUMMARY JUDGMENT

Defendant Caterpillar Inc. ("Caterpillar") moves this Honorable Court for summary judgment on all claims pursuant to Fed. R. Civ. P. 56.  This motion is based on the pleadings of record, evidence submitted with this motion, and the statement of undisputed facts and authorities contained in Caterpillar's supporting brief.  There is no genuine dispute of any material fact, and Caterpillar is entitled to final judgment as a matter of law on Plaintiff's claims.  In further support of this motion, Caterpillar says as follows:

1. A statement of undisputed material facts, as required by Fed. R. Civ. P. 56(c)(1), is set forth in the Brief in Support of Caterpillar's Motion for Summary Judgment, filed concurrently herewith.

2. Also submitted with this motion are the following evidentiary materials:

| | |
|---|---|
| Exhibit 1 | Plaintiff's Responses to Master Interrogatories |
| Exhibit 2 | Deposition of Beverly Olds on 3/5/14 ("Olds depo. II") |
| Exhibit 3 | Affidavits of Steve Dempsey, Wayne Holt, Alban Morris and Billy Turner |
| Exhibit 4 | Affidavit of Robert Niemeier |
| Exhibit 5 | Deposition of Terry Bohannon |
| Exhibit 6 | Deposition of Beverly Olds on 11/30/12 ("Olds depo. I") |

3. Plaintiff cannot prove by admissible and substantial evidence that Franklin worked with or around an asbestos-containing product made or supplied by Caterpillar. Consequently, Plaintiff's wrongful death action fails for lack of sufficient product identification evidence.

4. There being no just reason for delay, Caterpillar moves this Court to make an express determination and direction for entry of final judgment in its favor on all claims pursuant to Fed. R. Civ. P. 54(b).

WHEREFORE, premises considered, Caterpillar moves this Court for entry of final summary judgment in its favor on all of Plaintiff's claims, with costs taxed to Plaintiff.

/s/ William L. Waudby
Attorney for Defendant,
Caterpillar Inc.

Of Counsel:

William L. Waudby
D. E. "Brad" Buck, III
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1400
Birmingham, AL  35203
bwaudby@bakerdonelson.com
(205) 244-3894 – direct telephone
(205) 488-3737 – direct fax

## Certificate of Service

I hereby certify that on July 10, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will provide notification to all counsel of record.

/s/ William L. Waudby
Of Counsel