FILED
2014 Aug-14  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DONNA FRANKLIN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RAY FRANKLIN, DECEASED,** ) ) ) ) ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 1:13-CV-00888** |
| ) | |
| **CATERPILLAR INCORPORATED, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**SUPPLEMENT TO RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

**NOW COMES** the Plaintiff Donna Franklin and Supplements her Response to the

Motions for Summary Judgment by attaching the Order filed on August 8, 2014, and the

Amended Order filed August 12, 2014, in the United States District Court for the Eastern

District of Pennsylvania, the Asbestos MDL, which was referred to in our original Response

to Motions for Summary Judgment, but inadvertently was not attached as an exhibit.


_/s/ Thomas J. Knight_
Thomas J. Knight
Attorney for Plaintiff

**OF COUNSEL:**
Hubbard & Knight
1125 Noble Street
Anniston, AL  36201
Phone:  256-237-9586

Steve R. Morris
P.O. Box 814
Wedowee, AL  36278
Phone:  256-357-9222

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will provide notification to all counsel of record.

William L. Waudby
D. E. "Brad" Buck, III
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: 205-328-0480

Frank E. Lankford, Jr.
Stewart W. McCloud
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Phone: 205-251-1193

S. Allen Baker, Jr.
Jenelle R. Evans
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2700
PO Box 306
Birmingham, AL 35201-0306
Phone: 205-251-8100

/s/ Thomas J. Knight
Thomas J. Knight