IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**DONNA FRANKLIN, etc.**

    **Plaintiff,**

vs.                                                           **CV 1:13-888-RBP**

**CATERPILLAR INCORPORATED,**
**et al**

    **Defendants.**

## ORDER

The Clerk of Court is **DIRECTED** to **REASSIGN** this case to another district judge.

**DONE** and **ORDERED** this the 25th day of August, 2014.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**