FILED
2015 Feb-10 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONNA FRANKLIN, Individually and as Personal Representative of the Estate of Ray Franklin, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., et al.,<br><br>    Defendants. | Case No.: 1:13-cv-0888-KOB |

## FINAL JUDGMENT

This asbestosis case comes before the court on Defendant Honeywell International Inc.'s "Motion for Summary Judgment," (Doc. 22); Defendant Carlisle Industrial Brake & Friction, Inc.'s "Motion for Summary Judgment," (Doc. 24); Defendant Caterpillar Inc.'s "Motion for Summary Judgment," (Doc. 26); Carlisle's "Motion to Strike Affidavit of Beverly Olds," (Doc. 39); Caterpillar's "Motion to Strike," (Doc. 40); Plaintiff Donna Franklin's Rule 56(d) motion to continue contained in her "Response and Opposition to Motions for Summary Judgment," (Doc. 32); and the court's "Order to Show Cause" as to why Defendant Federal-Mogul should not be dismissed for failure to prosecute, (Doc. 53).

For the reasons discussed in the court's Memorandum Opinion, filed concurrently with this Order, the court **GRANTS** in part and **DENIES** in part Carlisle's motion to strike, (Doc. 39); and **GRANTS** in part and **DENIES** in part Caterpillar's motion to strike, (Doc. 40). The court **DENIES** the Plaintiff's Rule 56(d) motion to continue contained in her consolidated response to the Defendants' motions for summary judgment, (Doc. 32). The court **GRANTS**

1

Honeywell's motion for summary judgment, (Doc. 22); **GRANTS** Carlisle's motion for summary judgment, (Doc. 24); and **GRANTS** Caterpillar's motion for summary judgment, (Doc. 26). Finally, the court **DISMISSES** Federal-Mogul **WITHOUT PREJUDICE** at the Plaintiff's direction. The court **DIRECTS** the clerk to close this case.

    **DONE** and **ORDERED** this 10th day of February, 2015.

                                                                   KARON OWEN BOWDRE
                                                                   CHIEF UNITED STATES DISTRICT JUDGE